**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10772-TPA |
| | : | |
| **Joseph Francis Frazzini,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | DOCKET NO.: |
| **Joseph Francis Frazzini,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| **Green Tree Servicing LLC,** | : | |
| **Holiday Financial Services,** | : | |
| **Internal Revenue Service,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 23, 2017**        *By: /s/ Clarissa Bayhurst*
                                         Clarissa Bayhurst, PARALEGAL
                                         FOSTER LAW OFFICES
                                         PO Box 966
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

MATRIX

Cnac / Oh105
12195 Detroit Avenue
Lakewood, OH 44107

Joseph Francis Frazzini
6151 Redwood Drive
Harborcreek, PA 16421-1012

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Northwood Collections
3439 East Avenue South
La Crosse, WI 54601-7241

Palisades Acquisition IX, LLC
Vativ Recovery Solutions LLC
PO Box 40728
Houston, TX 77240-0728

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544-0001

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Associated Clinical Laboratories
PO Box 71312
Philadelphia, PA 19176-1312

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

Green Tree Servicing LLC
Po Box 0049
Palatine, IL 60055-0001

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Nuvell Credt
PO Box 380901
Bloomington, MN 55438-0901

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Saint Vincent Institute
3530 Peach Street
LL 1
Erie, PA 16508-2768

Chest Diseases of Northwestern
3580 Peach Street
Suite 103A
Erie, PA 16508-2787

Holiday Financial Services
715 West 38th Street
Liberty Plaza II
Erie, PA 16508-2626

KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

SV Consultants in Cardiology LLC
2315 Myrtle Street
Suite 190
Erie, PA 16502-4604

Vantage Home Respiratory Services
1305 South Main Street
Meadville, PA 16335-3036