IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/22/17 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10772-TPA |
| | : | |
| Joseph Francis Frazzini, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: 6 |
| Joseph Francis Frazzini, | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| Green Tree Servicing LLC, | : | |
| Holiday Financial Services, | : | |
| Internal Revenue Service, | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY

**AND NOW,** on this __22nd__ day of _____August_____, 2017, upon consideration of the within Motion to Extend the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay is EXTENDED pursuant of 11 U.S.C. §362 (C) (3) (B). The Automatic Stay provided under 11 U.S.C. §362 (a) is EXTENDED as to all respondents until further Order of Court.

BY THE COURT,

_____ jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10772-TPA
Joseph Francis Frazzini                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 1              Date Rcvd: Aug 22, 2017
                               Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
```
db              +Joseph Francis Frazzini,    6151 Redwood Drive,    Harborcreek, PA 16421-1012
14664607        +Associated Clinical Laboratories,    PO Box 71312,    Philadelphia, PA 19176-1312
14664608        +Chest Diseases of Northwestern,    3580 Peach Street,    Suite 103A,    Erie, PA 16508-2787
14664609         Cnac / Oh105,   12195 Detroit Avenue,    Lakewood, OH 44107
14664610        +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
14664612        +Holiday Financial Services,    715 West 38th Street,    Liberty Plaza II,    Erie, PA 16508-2626
14664616        +KML Law Group, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14664617        +Northwood Collections,    3439 East Avenue South,    La Crosse, WI 54601-7241
14664620        +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14664621        +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
14664623        +Vantage Home Respiratory Services,    1305 South Main Street,    Meadville, PA 16335-3036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14664611        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 01:32:28     Green Tree Servicing LLC,
                 Po Box 0049,   Palatine, IL 60055-0001
14664614        +E-mail/Text: cio.bncmail@irs.gov Aug 23 2017 01:32:25     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14664618        +E-mail/Text: ally@ebn.phinsolutions.com Aug 23 2017 01:32:22     Nuvell Credt,    PO Box 380901,
                 Bloomington, MN 55438-0901
14664619        +E-mail/Text: ebn@vativrecovery.com Aug 23 2017 01:32:28     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC,    PO Box 40728,    Houston, TX 77240-0728
14664622        +E-mail/Text: dshelton@svhs.org Aug 23 2017 01:32:29     SV Consultants in Cardiology LLC,
                 2315 Myrtle Street,    Suite 190,    Erie, PA 16502-4604
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14664615*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Office of District Counsel,
                 1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
14664613*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Joseph Francis Frazzini dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```