**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Joseph Francis Frazzini, | : | Bankruptcy No: 17-10772-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Cnac/ Oh105, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** **Cnac/ Oh105**
**Incorrect Address:** **12195 Detroit Avenue, Lakewood, OH 44107**
**Correct Address:** **7550 Leavitt Road, Amherst, OH 44001**

Respectfully Submitted,

Date: <u>September 8, 2017</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors