# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10772 |
| Joseph Francis Frazzini, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Joseph Francis Frazzini, | : | Related to Document No. 26 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Green Tree Servicing, LLC d/b/a | : | |
| Ditech Financial LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Order** on the parties listed below.

Executed on: October 5, 2017                By: /s/ Kathryn M. Schwartz
                                                                    KATHRYN M. SCHWARTZ
                                                                    PARALEGAL
                                                                    FOSTER LAW OFFICES, LLC
                                                                    P.O. Box 966
                                                                    Meadville, PA 16335
                                                                    Tel 814.724.1165
                                                                    Fax 814.724.1158

KML Law Group, P.C.
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com

Green Tree Servicing, LLC
PO Box 0049
Palatine, IL 60055