Case 17-10772-TPA    Doc 33    Filed 11/30/17    Entered 11/30/17 12:17:04    Desc Main
Document    Page 1 of 1

FILED
11/30/17 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Joseph Francis Frazzini
Case Number: 17-10772                              Chapter: 13
Date / Time / Room: November 28, 2017 at 2:00 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #13 - Plan dated 8/17/17 (N)

*Appearances:*

Debtor: Foster
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

*[handwritten: LMP was pending – was denied. Cont for amended plan.]*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _____ at _____.
8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by 12/29/18
   Objections are due on or before 1/12/18
   A hearing on the Amended Plan is set for 2/6/18 at 2:00pm
9. _____ Other:

### *For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____