Case 17-10772-TPA    Doc 38    Filed 02/07/18    Entered 02/07/18 12:24:15    Desc Main
Document    Page 1 of 1

FILED
2/7/18 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    Debtor: Joseph Francis Frazzini
    Case Number: 17-10772    Chapter: 13
    Date / Time / Room: February 6, 2018 at 2:00 p.m., Bankruptcy Courtroom
    Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #37 - Amended Plan dated 12/29/17 (N)
(Plan and OSDC appear unserved)

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

### *Proceedings:*

Recommended Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. _X_ Plan/Motion continued to 5/8/18 at 2:00.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. ____ Other:

*For Judge Agresti cases*:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____