**Form 235**

**UNITED STATES BANKRUPTCY COURT**  39 – 37, 38
**WESTERN DISTRICT OF PENNSYLVANIA**  vson

In re:                                                          :  Bankruptcy Case No.: 17−10772−TPA
                                                                :
                                                                :  Chapter: 13
                                                                :  Issued per the May 8, 2018 Proceeding

**Joseph Francis Frazzini**
   Debtor(s)


## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS


*(1.)*   **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated December 29, 2017 is CONFIRMED. A copy of this plan was previously mailed to you.


*(2.)*   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.


*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: May 10, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 17-10772-TPA
Joseph Francis Frazzini                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                  Page 1 of 1           Date Rcvd: May 10, 2018
                              Form ID: 235                Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db          +Joseph Francis Frazzini,    6151 Redwood Drive,    Harborcreek, PA 16421-1012
14664607     Associated Clinical Laboratories,    PO Box 71312,    Philadelphia, PA 19176
14664608    +Chest Diseases of Northwestern,    3580 Peach Street,    Suite 103A,    Erie, PA 16508-2787
14664609    +Cnac / Oh105,    7550 Leavitt Road,    Amherst, OH 44001-2702
14664610    +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
14664612    +Holiday Financial Services,    715 West 38th Street,    Liberty Plaza II,    Erie, PA 16508-2626
14664616    +KML Law Group, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14664617    +Northwood Collections,    3439 East Avenue South,    La Crosse, WI 54601-7241
14664620    +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14664621    +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
14664623    +Vantage Home Respiratory Services,    1305 South Main Street,    Meadville, PA 16335-3036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14711553      E-mail/Text: bankruptcy.bnc@ditech.com May 11 2018 01:46:36
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14664611    +E-mail/Text: bankruptcy.bnc@ditech.com May 11 2018 01:46:36      Green Tree Servicing LLC,
               Po Box 0049,   Palatine, IL 60055-0001
14664614    +E-mail/Text: cio.bncmail@irs.gov May 11 2018 01:46:32     Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14664618    +E-mail/Text: ally@ebn.phinsolutions.com May 11 2018 01:46:25      Nuvell Credt,    PO Box 380901,
               Bloomington, MN 55438-0901
14664619    +E-mail/Text: ebn@vativrecovery.com May 11 2018 01:46:36     Palisades Acquisition IX, LLC,
               Vativ Recovery Solutions LLC,    PO Box 40728,    Houston, TX 77240-0728
14664622    +E-mail/Text: dshelton@svhs.org May 11 2018 01:46:39     SV Consultants in Cardiology LLC,
               2315 Myrtle Street,    Suite 190,    Erie, PA 16502-4604
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
14664615*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Office of District Counsel,
               1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
14664613*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Joseph Francis Frazzini dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 4
```