# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10772-TPA |
| | : | |
| Joseph Francis Frazzini, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 48 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing, | : | |
| Movant, | : | |
| vs | : | |
| Joseph Francis Frazzini, | : | |
| And | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: October 28, 2021

By: /s/ Kristen Dennis
Kristen Dennis, Paralegal
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Padgett Law Group
c/o Julian Cotton
PLGinquiries@padgettlawgroup.com

Joseph Francis Frazzini
6151 Redwood Drive
Harborcreek, PA 16421