## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Joseph Francis Frazzini<br><br>Debtor(s) | Case No.: 17-10772 TPA<br><br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE  in relation to a claim secured by real property commonly known as 6151 Redwood Drive, Harborcreek, PA  16421 and identified by account number *******-697 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BARCLAYS MORTGAGE TRUST
2021-NPL1, MORTGAGE-BACKED
SECURITIES, SERIES 2021-NPL1, BY U.S.
BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  February 1, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph Francis Frazzini<br><br>Debtor(s) | Case No.:  17-10772 TPA<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on February 1, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

### Parties served via Electronic Notification:

Ronda J. Winnecour
600 Grant Street, Suite 3250
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com
Trustee

Daniel P. Foster, Esquire
1210 Park Avenue
Meadville, PA  16335
dan@mrdebtbuster.com
Attorney for Debtor/Debtors

### Parties served via First-Class Mail:

Joseph Francis Frazzini
6151 Redwood Drive
Harborcreek PA  16421
Debtor

Dated:  February 1, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant