**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　JOSEPH FRANCIS FRAZZINI<br><br>　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br><br>　　　　　Movant<br>　　　vs.<br><br>BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL BY US BANK NA INDENTURE TRUSTEE<br>　　　　　Respondent(s) | Case No. 17-10772TPA<br><br>Chapter 13<br><br>Document No.___ |

### INTERIM NOTICE OF CURE OF ARREARS

　　Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

　　The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 21
Court Claim Number - 2

4/12/2022

　　　　　　　　　　　　　　　　　　　　　　/s/  Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　　　　　RONDA J WINNECOUR PA ID #30399
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　　　　　　　　　　　　　　　　600 GRANT STREET
　　　　　　　　　　　　　　　　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　　　　　　　　　　　　　　　　PITTSBURGH, PA  15219
　　　　　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOSEPH FRANCIS FRAZZINI

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL BY US BANK NA INDENTURE TRUSTEE

    Respondent(s)

Case No.:17-10772TPA

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> JOSEPH FRANCIS FRAZZINI, 6151 REDWOOD DRIVE, HARBORCREEK, PA 16421
>
> DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335
>
> BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL BY US BANK NA INDENTURE TRUSTEE, C/O GREGORY FUNDING LLC, PO BOX 742334, LOS ANGELES, CA 90074-2334
>
> GREGORY FUNDING LLC, PO BOX 230579, TIGARD, OR 97281-0057
>
> POWERS KIRN LLC, 8 NESHAMINY INTERPLEX STE 215, TREVOSE, PA 19053

04/12/2022

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com