**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOSEPH FRANCIS FRAZZINI |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 17-10772TPA |

# Form 4100N
# Notice of Final Cure Payment                                      10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | BARCLAYS MORTGAGE TRUST 2021-NPL1 ET |
| Court claim no. (if known): | 2 |
| Last 4 digits of any number you use to identify the debtor's account | 8 6 9 7 |
| Property Address: | 6151 REDWOOD DR<br>HARBORCREEK PA 16421 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**      **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 21,549.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 21,549.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 21,549.00 |

## Part 3: Postpetition Mortgage Payment

*Check one*

    ☐ Mortgage is paid through the trustee.
    Current monthly mortgage payment      $    $730.21
    The next postpetition payment is due on    8 / 1 / 2022    MM / DD / YYYY

    ✎ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSEPH FRANCIS FRAZZINI** | Case number *(if known)* | **17-10772TPA** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | /s/ Ronda J. Winnecour | Date | 06/30/2022 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | JOSEPH FRANCIS FRAZZINI | | Case number *(if known)* | 17-10772TPA |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 11/27/2018 | 1099187 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 383.45 |
| 12/21/2018 | 1102305 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 395.23 |
| 01/25/2019 | 1105456 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 395.23 |
| 02/25/2019 | 1108745 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 395.23 |
| 03/25/2019 | 1111989 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 395.23 |
| 04/26/2019 | 1115270 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 395.23 |
| 05/24/2019 | 1118674 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 408.88 |
| 06/25/2019 | 1122058 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 428.88 |
| 07/29/2019 | 1125489 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 569.80 |
| 08/27/2019 | 1128982 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 569.80 |
| 09/24/2019 | 1132354 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 569.80 |
| 10/24/2019 | 1135610 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,306.30 |
| 12/23/2019 | 1143605 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 432.29 |
| 01/28/2020 | 1147069 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 575.40 |
| 02/25/2020 | 1150588 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 575.40 |
| 03/23/2020 | 1154071 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 575.40 |
| 04/27/2020 | 1157532 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 575.40 |
| 05/26/2020 | 1160863 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 523.52 |
| 06/26/2020 | 1164015 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 523.52 |
| 07/29/2020 | 1167122 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 523.52 |
| 08/25/2020 | 1170199 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 523.52 |
| 09/28/2020 | 1173291 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 523.52 |
| 10/26/2020 | 1176385 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 542.64 |
| 11/24/2020 | 1179456 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 542.64 |
| 12/21/2020 | 1182400 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,276.28 |
| 02/22/2021 | 1188502 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 410.32 |
| 03/26/2021 | 1191800 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 557.31 |
| 04/26/2021 | 1195044 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 557.31 |
| 05/25/2021 | 1198166 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 557.31 |
| 07/26/2021 | 1204553 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,114.62 |
| 08/26/2021 | 1207682 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 632.38 |
| 09/24/2021 | 1210799 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 632.38 |
| 10/25/2021 | 1213872 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 632.38 |
| 11/22/2021 | 1216908 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 595.21 |
| 12/23/2021 | 1219984 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 595.21 |
| 01/26/2022 | 1223042 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 595.21 |
| 02/23/2022 | 1224389 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 595.21 |
| 03/25/2022 | 1227213 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 148.04 |
| | | | | 21,549.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 9,629.16 |
| 08/28/2018 | 1089583 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 930.34 |
| 11/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | CANCELLED CHECK TO CREDITOR/CONT | -9,629.16 |
| 11/26/2018 | 1098269 | DITECH FINANCIAL LLC(*) | PREWRITTEN CHECK TO CREDITOR/CON | 9,629.16 |
| 11/27/2018 | 1099187 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 2,262.75 |
| 12/21/2018 | 1102305 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 01/25/2019 | 1105456 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 02/25/2019 | 1108745 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 03/25/2019 | 1111989 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 04/26/2019 | 1115270 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 05/24/2019 | 1118674 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 06/25/2019 | 1122058 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 07/29/2019 | 1125489 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 08/27/2019 | 1128982 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 09/24/2019 | 1132354 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 754.25 |
| 11/25/2019 | 1139061 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,306.30 |
| 12/23/2019 | 1143605 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 874.01 |
| 01/28/2020 | 1147069 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 02/25/2020 | 1150588 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 03/23/2020 | 1154071 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 04/27/2020 | 1157532 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 05/26/2020 | 1160863 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 733.64 |

| Debtor 1 | **JOSEPH FRANCIS FRAZZINI** | | Case number *(if known)* **17-10772TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 06/26/2020 | 1164015 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 07/29/2020 | 1167122 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 08/25/2020 | 1170199 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 09/28/2020 | 1173291 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 10/26/2020 | 1176385 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 11/24/2020 | 1179456 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 733.64 |
| 01/25/2021 | 1185376 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 1,276.28 |
| 02/22/2021 | 1188502 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 865.96 |
| 03/26/2021 | 1191800 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 04/26/2021 | 1195044 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 05/25/2021 | 1198166 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 07/26/2021 | 1204553 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 1,437.94 |
| 08/26/2021 | 1207682 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 09/24/2021 | 1210799 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 10/25/2021 | 1213872 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 718.97 |
| 11/22/2021 | 1216908 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 12/23/2021 | 1219984 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 01/26/2022 | 1223042 | NEW REZ LLC D/B/A SHELLPOINT MORTG | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 02/23/2022 | 1224389 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 03/25/2022 | 1227213 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 04/26/2022 | 1230279 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 05/25/2022 | 1233310 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| 06/27/2022 | 1236345 | BARCLAYS MORTGAGE TRUST 2021-NPL1 | AMOUNTS DISBURSED TO CREDITOR | 730.21 |
| | | | | 44,350.78 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOSEPH FRANCIS FRAZZINI
6151 REDWOOD DRIVE
HARBORCREEK, PA  16421

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL BY US BANK NA INDENTURE TRUSTEE
C/O GREGORY FUNDING LLC
PO BOX 742334
LOS ANGELES, CA  90074-2334

GREGORY FUNDING LLC
PO BOX 230579
TIGARD, OR  97281-0057

POWERS KIRN LLC
8 NESHAMINY INTERPLEX STE 215
TREVOSE, PA  19053


6/30/22

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee