Certificate Number: 03088-PAW-DE-036682138

Bankruptcy Case Number: 17-10772



03088-PAW-DE-036682138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2022</u>, at <u>4:03</u> o'clock <u>PM CDT</u>, <u>Joseph F Frazzini</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>July 13, 2022</u>                    By:     <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>