**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/30/22 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JOSEPH FRANCIS FRAZZINI

        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-10772 TPA

Chapter 13

Document No.: 62

### ORDER OF COURT

AND NOW, this __30th__ day of __September__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10772-TPA |
| Joseph Francis Frazzini | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Francis Frazzini, 6151 Redwood Drive, Harborcreek, PA 16421-1012 |
| 14664607 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 15454746 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14664608 | + | Chest Diseases of Northwestern, 3580 Peach Street, Suite 103A, Erie, PA 16508-2776 |
| 14664609 | + | Cnac / Oh105, 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14664610 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14711553 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14664611 | + | Green Tree Servicing LLC, Po Box 0049, Palatine, IL 60055-0001 |
| 14664612 | + | Holiday Financial Services, 715 West 38th Street, Liberty Plaza II, Erie, PA 16508-2626 |
| 14664617 | + | Northwood Collections, 3439 East Avenue South, La Crosse, WI 54601-7241 |
| 14664622 | + | SV Consultants in Cardiology LLC, 2315 Myrtle Street, Suite 190, Erie, PA 16502-4604 |
| 14664620 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14664623 | + | Vantage Home Respiratory Services, 1305 South Main Street, Meadville, PA 16335-3036 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14664614 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2022 23:53:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14664616 | ^ | MEBN | Sep 30 2022 23:50:28 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15171998 | | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2022 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14664618 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 30 2022 23:53:00 | Nuvell Credt, PO Box 380901, Bloomington, MN 55438-0901 |
| 14664619 | + | Email/Text: ebn@vativrecovery.com | Sep 30 2022 23:53:00 | Palisades Acquisition IX, LLC, Vativ Recovery Solutions LLC, PO Box 40728, Houston, TX 77240-0728 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14664615 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of District Counsel, 1000 Liberty Center, Suite 601C, Pittsburgh, PA 15222 |
| 14664613 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14664621 | ##+ | Saint Vincent Institute, 3530 Peach Street, LL 1, Erie, PA 16508-2768 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Joseph Francis Frazzini dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6